1034

THE STATE OF WASHINGTON, *Respondent,* v. AMOS L. QUARTIMON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03995–0, James A. Noe, J., entered April 3, 1987. *Remanded* by unpublished per curiam opinion.

*In the Matter of the Marriage of* NANCY CAROL COSGROVE, *Respondent, and* STEPHEN EDWARD COSGROVE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–3–00738–9, Joseph A. Thibodeau, J., entered November 13, 1986. *Reversed* by unpublished opinion per Webster, J., concurred in by Swanson and Grosse, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK M. FLORENCE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 112111R90, Donald H. Thompson, J., entered September 19, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent,* v. PETER MELVIN McWILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–02017–2, Donald H. Thompson, J., entered August 25, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.